# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4996

_____

STEVEN G. MASON, Esquire,
LAURI BURRIS, DOUG ROWE,
MELISSA BURRIS, RONALD E.
BROWN, JR., GREGORY F. BURRIS,
and JACOB CHAPMAN,

    Petitioners,

    v.

STATE OF FLORIDA and STATE OF
FLORIDA, DEPARTMENT OF LAW
ENFORCEMENT,

    Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


August 16, 2019


PER CURIAM.

DISMISSED. *See Landmark at Crescent Ridge LP v. Everest Fin., Inc.,* 219 So.3d 218, 219 (Fla. 1st DCA 2017) (explaining that where the threshold requirement of irreparable harm is not established, the petition for writ of certiorari must be dismissed).

B.L. THOMAS, KELSEY, and M.K. THOMAS, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Mitchell A. Stone, Jacksonville, H. Franklin Robbins, Jr., Orlando, and Steven G. Mason of Steven G. Mason, P.A., Altamonte Springs, for Petitioners.

Ashley Moody, Attorney General, Tallahassee, for Respondent State of Florida; Kate M. Holmes, Assistant General Counsel, Florida Department of Law Enforcement, Tallahassee, for Respondent Florida Department of Law Enforcement.